UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Lavery & Sirkis, Esquires
Joan Sirkis Lavery, Esq.
699 Washington Street, Suite 103
Hackettstown, NJ  07840
(908) 850-6161
Attorney for Debtor

In Re:

Cedar Homes, Inc

Case No.: _____ 15-19799 _____

Judge: _____ Novalyn M. Winfield _____

Chapter: _____ 11 _____

Recommended Local Form:    ☑ Followed    ☐ Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, _____ Joan Sirkis Lavery, Esq. _____, being of full age, certify as follows:

1.    I am seeking authorization to be retained as  bankruptcy attorney _____.

2.    My professional credentials include: Admitted to State of New Jersey and
NJ District Court.
_____

3.    I am a member of or associated with the firm of: _____
Lavery & Sirkis, Esquires _____.

4.    The proposed arrangement for compensation, including hourly rates, if applicable,
is as follows: Initial retainer of $5000.00 _____
_____.

5.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☑  None

☐  Describe connection:_____

_____

_____

6.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☑  None

☐  Describe Connection: _____

_____

_____

7.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☑  do not hold an adverse interest to the estate.

☑  do not represent an adverse interest to the estate.

☑  are disinterested under 11 U.S.C. § 101(14).

☑  do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐  Other. Explain: _____

_____

_____

8.    If the professional is an auctioneer,

    a.  A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

        ☐   Yes        ☐   No

    b.  My qualifications and previous experience as an auctioneer include:

    _____

    _____

    _____

    c.  Have you or any member of your firm ever been convicted of any criminal
offense, other than motor vehicle violations?   ☐   Yes   ☒   No

    If yes, explain:_____

9.    If the professional is an auctioneer, appraiser or realtor, the location and
description of the property is as follows:

    _____

    _____

    _____

I certify that the foregoing statements made by me are true.  I am aware that if any of the
foregoing statements made by me are wilfully false, I am subject to punishment.

Date:  5/27/15.                                         /s/ Joan Sirkis Lavery
                                               Signature of Professional

                                               Joan Sirkis Lavery, Esq.
                                               Name of Professional

*Rev. 7/1/04; jml*