UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Lavery & Sirkis, Esquires
Joan Sirkis Lavery, Esq.
699 Washington Street, Suite 103
Hackettstown, NJ 07840
Attorney for Debtor

In Re:

Cedar Homes, Inc

Case No.: 15-19799

Judge: Novalyn M. Winfield

Chapter: 11

Recommended Local Form:  ☑ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF Joan Sirkis Lavery, Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

In re:              Cedar Homes, Inc
Case No.:        15-19799
Applicant:       Stephen Yacuk, President

(check all that apply) ☐ Trustee:  ☐ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.
                      ☒ Debtor:   ☒ Chap. 11       ☐ Chap. 13
                      ☐ Official Committee of _____

Name of Professional:           Joan Sirkis Lavery, Esq.
Address of Professional:        699 Washington Street, Suite 103

                                Hackettstown, NJ 07840


☒ Attorney for (check all that apply):
   ☐ Trustee   ☒ Debtor-in-Possession
   ☐ Official Committee of _____

☐ Accountant for:
   ☐ Trustee   ☐ Debtor-in-Possession
   ☐ Official Committee of _____

☐ Other Professional:
   ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
   ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*